**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITE HERE HEALTH,<br><br>    Plaintiff<br><br>v.<br><br>ZENITH AMERICAN SOLUTIONS, INC.,<br><br>    Defendant | Case No.: 2:26-cv-01880-APG-BNW<br><br>**Order Setting Briefing Schedule and Hearing** |

In plaintiff Unite Here Health's emergency motion to remand, Unite Here requests a shortened briefing schedule. ECF No. 7 at 2.  I grant that request in part.

I THEREFORE ORDER that defendant Zenith American Solutions, Inc.'s response to plaintiff Unite Here Health's emergency motion for remand is due July 9, 2026.

I FURTHER ORDER that plaintiff Unite Here Health's reply is due July 13, 2026.

I FURTHER ORDER that plaintiff Unite Here Health's emergency motion for remand (ECF No. 7) is **set for hearing on July 15, 2026 at 1:00 p.m. in courtroom 6C in Las Vegas**.

DATED this 30th day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE